Argued January 20, affirmed January 20, 1972

DAVID GERARD GROVER, *Appellant, v.*
CUPP (No. 70901), *Respondent.*

492 P2d 831

*Oscar D. Howlett,* Portland, argued the cause and filed the brief for appellant.

*Jim G. Russell,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.